DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**INTERNATIONAL COLD STORAGE, INC., MICHAEL MATRAS,** and **JOEL BARTHEL,**
Appellants,

v.

**ALL-AMERICAN FARMS, INC.** a/k/a **ALL AMERICAN FARMS, INC.,**
Appellee.

No. 4D17-1054

[February 1, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph Marx, Judge; L.T. Case No. 50 2011 CA 003488 XXXX MB.

Jennifer B. Carroll and George L. Sigalos of Simon & Sigalos, LLP, Boca Raton, for appellants.

Paul O. Lopez and Rachel R. Bausch of Tripp Scott, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***